IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 24-152 |
| DANTE EASLEY | : | |

**ORDER**

**AND NOW,** this 15th day of November, 2024, upon consideration of Defendant's Motion to Dismiss the Indictment (ECF No. 25) and the Government's Response in opposition (ECF No. 27), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
HON. MIA R. PEREZ